**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 9, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-18-00844-CV**

---

**ALEXANDER OIL COMPANY, Appellant**

**V.**

**GULFTECH MARKETING, LP, JAMES L. AHERN, JR., AND YELLOW BILL, LLC, Appellees**

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2012-53723**

---

## MEMORANDUM  OPINION

This is an appeal from a judgment signed June 28, 2018. On April 29, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.